**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 97-10614

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT CLIFFORD COWAN,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Northern District of Texas

(5:97-CR-23-1)

---

April 10, 1998

Before POLITZ, Chief Judge, REYNALDO G. GARZA and DENNIS, Circuit Judges.

PER CURIAM:[*]

Robert Clifford Cowan appeals his sentence, contending that the upward departure from the sentencing guidelines resulted in an impermissible double enhancement. Having considered the briefs and pertinent parts of the record, and finding neither error nor abuse of discretion in the sentencing process or imposition, the sentence appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.